IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR LUCIO,

        Plaintiff,

  v.

J.A. SMITH, M. GARCIA, M. REYES,

        Defendants.
                                                /

No. C 08-00631 WHA (PR)

**ORDER RE SUMMONS**

On May 11, 2009, an order was entered directing the U.S. Marshals to serve the complaint on certain defendants. That same day the Clerk issued the summons and sent them and USM 285 forms to plaintiff to insert defendants' addresses for service. Within thirty days, plaintiff was ordered to complete a Notice of Submission of Documents form, the summons, and the USM 285 form, and plaintiff was also required to supply copies of the complaint. According to the docket, plaintiff has not returned any of these documents and the thirty day deadline has long ago passed. Before the complaint can be served on defendants, plaintiff must supply the requested information.

Plaintiff must complete the above referenced documents and submit them by **OCTOBER 12, 2009**. As previously warned, failure to comply will likely result in dismissal of this action.

**IT IS SO ORDERED.**

Dated: September 11, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE