IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR LUCIO, | No. C 08-0631 WHA (PR) |
|     Plaintiff, | **ORDER APPOINTING COUNSEL** |
|   v. | |
| J.A SMITH, M. GARCIA, M. REYES, | |
|     Defendants.                     / | |

Plaintiff is a California state prisoner proceeding <u>pro se</u> in a civil rights action under 42 U.S.C. § 1983. The court finds appointment of counsel is warranted. David R. Johanson has been selected from the court's pro bono attorney panel to represent plaintiff and he has accepted the appointment.

Accordingly, IT IS HEREBY ORDERED that:

1. David R. Johanson is appointed as counsel in the above entitled matter.

2. Mr. Johanson shall notify Sujean Park at 916-930-4278 or via email at spark@caed.uscourts.gov, if he has any questions related to the appointment.

3. The Clerk of the Court is directed to serve a copy of this order upon David R. Johanson, Johanson Berenson LLP, 50 West Dayton Street, Unit 303, Pasadena, California 91105.

4. The parties are ordered to submit a status report by February 2, 2012.

5. The January 3, 2012 deadline for identifying the Doe defendants is **VACATED**. Plaintiff's motion for reconsideration (Doc. 49) is **DENIED WITHOUT PREJUDICE**. After reviewing the parties' February status report, the Court will set a new deadline for identifying the Doe defendants. At that time, Plaintiff may re-file his motion for reconsideration if he wishes.

**IT IS SO ORDERED.**

Dated: December  19 , 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\E.D. CAL\LUCIO 08-631\Lucio-08-631-appoint-counsel.wpd

2