IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR LUCIO,

        Plaintiff,

  v.

JAMES SMITH, MANUEL GARCIA, MARIANA REYES, AND DOES 1–10,

        Defendants.

No. C 08-00631 WHA (PR)

**ORDER SETTING STATUS CONFERENCE**

On December 21, 2011, the Court appointed David Johanson as pro bono counsel for plaintiff. Based upon this appointment, the motion for reconsideration of the summary judgment order was denied without prejudice and the deadline for providing the true names of the John Doe defendants was vacated (Docket No. 49).

In their February 2, 2012, joint status report, the parties request a status conference in mid-March before proceeding to set the litigation schedule. The Court **SETS** a case management conference for **MARCH 15, 2012, AT 11:00 A.M.** in Courtroom 8, 19th Floor, 450 Golden Gate Avenue, San Francisco, California. Please file a joint case management statement at least seven days prior. In the statement, please discuss the status of identifying the John Doe defendants.

**IT IS SO ORDERED.**

Dated: February 8, 2012.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE