United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

VICTOR LUCIO,                    No. 1:08-CV-0631 WHA

      Plaintiff,                 ORDER AND WRIT OF
                                            HABEAS CORPUS
    v.                             AD TESTIFICANDUM

J. A. SMITH, et al.,

      Defendants.
_____/

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of VICTOR LUCIO, inmate no. K-16528, presently in custody at Pleasant Valley State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: June 11, 2012                        _____
                                                           NANDOR J. VADAS
                                                           United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:     Warden P. D. Brazelton, Pleasant Valley State Prison

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of VICTOR LUCIO, inmate no. K-16528, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State

Prison at 11:00 a.m. on July 12, 2012, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of LUCIO v. SMITH, et al, and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: June 11, 2012

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
 Administrative Law Clerk

Dated: June 11, 2012



_____
NANDOR J. VADAS
United States Magistrate Judge