**United States District Court**

For the Eastern District of California

1

2

3

4

5                       IN THE UNITED STATES DISTRICT COURT

6

7                   FOR THE EASTERN DISTRICT OF CALIFORNIA

8

VICTOR LUCIO,                                    No. C 08-00631 WHA (PR)

9

        Plaintiff,                           **ORDER SETTING**

10                                                    **MOTION HEARING**

   v.

11

JAMES SMITH, MANUEL GARCIA,

12   MARIANA REYES, AND

DOES 1–10,

13           Defendants.

14   _____ /

15        In this Eastern District of California prisoner action, plaintiff's motion for leave to file a

16   first amended complaint is set for hearing at 8:00 a.m. on August 9, 2012, at 450 Golden Gate

17   Avenue, San Francisco, California 94102 in Courtroom 8, 19th Floor.

18

19       **IT IS SO ORDERED.**

20

Dated:   June 11, 2012.                          _____

21                                               WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28