UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| VICTOR LUCIO, | No. 1:08-CV-0631 WHA |
| Plaintiff, | ORDER RESETTING SETTLEMENT CONFERENCE, REQUIRING MEET AND CONFER, AND SETTING STATUS CONFERENCE |
| v. | |
| J. A. SMITH, et al., | |
| Defendants. | |

Defense Counsel has requested that the settlement conference in this case be continued, due to his unavailability. Accordingly, the settlement conference scheduled in this matter for July 12, 2012, at Solano State Prison and the status conference set for July 5, are VACATED. The writ of habeas corpus issued on June 12, 2012, for the attendance of Plaintiff at the July 12, 2012 settlement conference is also VACATED.

The settlement conference in this matter is HEREBY RESCHEDULED for August 15, 2012, at 11:00 a.m. in Courtroom E at the United States District Court, 450 Golden Gate Avenue, San Francisco.

Counsel are ORDERED to meet and confer telephonically to discuss settlement of this case. The matter is HEREBY SET for a telephonic status conference on August 7, 2012, at 10:00 a.m. The parties shall dial 888-684-8852, enter access code 1868782 and security code 7416. At the status conference, Counsel shall report on the outcome of their meeting regarding settlement.

Lead trial counsel for Defendants shall appear at the settlement conference with the parties and persons having **full authority** to negotiate and settle the case. **A person who needs to call**

**another person not present before agreeing to any settlement does not have full authority. To the extent that such consultations are necessary, they must be made in advance of the settlement conference.**

Personal attendance of a party representative will rarely be excused by the Court, and then only upon separate written application demonstrating substantial hardship served on opposing counsel and lodged as early as the basis for the hardship is known.

Confidential settlement conference statements shall be mailed or emailed (NJVpo@cand.uscourts.gov) to and received by chambers no later than two weeks prior to the settlement conference. The settlement statements shall include a discussion of the outcome of the parties' meeting regarding settlement.

Any request to continue the settlement conference shall state the reason therefor and be submitted in writing as soon as possible well in advance of the scheduled conference date. Requests to vacate the settlement referral must be made to the *referring* Judge, not Magistrate Judge Vadas.

The parties shall notify the undersigned's Chambers immediately at (707) 445-3612 if this case settles prior to the date set for the settlement conference.

IT IS SO ORDERED.

Dated: June 21, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge