UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| VICTOR LUCIO, | No. 1:08-CV-0631 WHA |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| J. A. SMITH, et al., | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of VICTOR LUCIO, inmate no. K-16528, presently in custody at Pleasant Valley State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: June 21, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   Warden P. D. Brazelton, Pleasant Valley State Prison

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of VICTOR LUCIO, inmate no. K-16528, in your custody in the hereinabove-mentioned institution, before the United States District Court at 450 Golden

Gate Avenue, San Francisco, Courtroom E, at 11:00 a.m. on August 15, 2012, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of LUCIO v. SMITH, et al, and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court.

Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: June 21, 2012

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
    Administrative Law Clerk

Dated:  June 21, 2012



_____
NANDOR
United Sta