DAVID R. JOHANSON, ESQ. (Bar No. 164141)
david.johanson@jacksonlewis.com
JACKSON LEWIS LLP
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017
Telephone: (213) 689-0404
Facsimile: (213) 689-0430

Attorney for Plaintiff, Victor Lucio

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR LUCIO, | No. C 08-0631 WHA (PR) |
| Plaintiff, | Hon. William Alsup |
| v. | **ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE** |
| J.A. SMITH, an individual, et al. | |
| Defendants. | |

WHEREAS, Plaintiff Victor Lucio ("Plaintiff") received the Order Setting Motion Hearing (Docket Number 78) on June 13, 2012. The Honorable Judge William Alsup set the Hearing for Plaintiff's Motion for Leave to File a First Amended Complaint at 8:00 a.m. on August 9, 2012. Plaintiff's lead trial counsel, David R. Johanson (the undersigned), is out of the state on that day, and the surrounding days, conducting and defending previously scheduled depositions and is unable to appear at the Hearing on that date. Pursuant to Civil Local Rule 6-2, Plaintiff respectfully requests, that the Hearing be rescheduled for August 16th, August 23rd, or August 30th. This Court granted the following time modifications in this case: Defendants' Request for Extension of Time to File Dispositive Motion (Dkt. No. 20), Plaintiff's Motion for Extension of Time

to File Opposition to Defendants' Motion to Dismiss (Dkt. No. 25), and Plaintiff's First Motion for Extension of Time to File Opposition to Summary Judgment Motion (Dkt. No. 42). Plaintiff also has a pending request to continue the Settlement Conference to another date in August. Plaintiff conferred with counsel for Defendants that the above-mentioned dates are available for them as well. The requested time modification should not affect the schedule of the case as it is not a large time frame and does not affect other case deadlines.

RESPECTFULLY SUBMITTED,

Dated: June 22, 2012    JACKSON LEWIS LLP

By: /s/ David R. Johanson
David R. Johanson
Attorney for Plaintiff

Dated: June 21, 2012

By: /s/ Matthew M. Grigg
Matthew M. Grigg
Attorney for Defendants

[Proposed] Order

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED THAT THE HEARING FOR PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT BE HELD ON August 23, 2012.

Dated: July 2, 2012

By: /s/ William Alsup
Honorable William Alsup

4810-8915-5599, v. 1

-2-

STIPULATED REQUEST FOR ORDER CHANGING TIME OF ORDER SETTING MOTION HEARING