UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| VICTOR LUCIO, | No. 1:08-CV-0631 WHA |
| Plaintiff, | ORDER VACATING SETTLEMENT CONFERENCE. |
| v. | |
| J. A. SMITH, et al., | |
| Defendants. | |

The settlement conference scheduled in this case for August 15, 2012, is HEREBY VACATED. It will be reset following resolution of Plaintiff's pending motion to amend.

IT IS SO ORDERED.

Dated: August 7, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge