**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

VICTOR LUCIO,                                         No. 1:08-CV-0631 WHA

           Plaintiff,                                    ORDER VACATING WRIT OF
                                                                     HABEAS CORPUS AD TESTIFICANDUM
    v.

J. A. SMITH,  et al.,

           Defendants.
_____/

      The writ of habeas corpus ad testificandum issued June 21, 2012, for the appearance of Plaintiff at the settlement conference of August 15, 2012, is HEREBY VACATED. Plaintiff shall not be transported to San Francisco.

IT IS SO ORDERED.

Dated: August 7, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge