

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| VICTOR LUCIO | |
|---|---|
| Plaintiff(s) | Case Number: C 08-0631 WHA (PR) |
| v. | |
| J.A. SMITH, an individual | REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED PRO BONO COUNSEL) |
| Defendants. / | |

### REQUEST OF PRO BONO COUNSEL FOR PRE-APPROVAL OF EXPENDITURES

*Complete this form and return it to the court for approval prior to incurring the cost for which reimbursement is requested.*

*All yellow highlighted fields must be completed prior to submission of this form.*

I, _____David R. Johanson_____, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on __December 19, 2010__, by the Honorable ____William Alsup____, United States District Judge/Magistrate Judge.

*If no expenditure is being requested in one or more of the following itemized areas, enter 0 in the appropriate field.*

**TRAVEL EXPENSES:**

| 300 | Miles (Mileage is paid at the prevailing GSA rate which is available at www.gsa.gov).$ | 166.50 |
|---|---|---|
| | Non-mileage travel expenses: ......................................$ | 866.53 |

DEPOSITION COSTS: (Not covered by the Court Reporters Transcript Fund).................$ 350.00

SERVICE OF PAPERS, WITNESS FEES: ...............................................$ 0

INTERPRETER AND EXPERT WITNESS FEES: .....................................$ 0

PHOTOCOPIES, PHOTOGRAPHS, & TELEPHONE TOLL CALLS:......$ 0

OTHER: (A description of expenses must be attached)...............................$ 0

**Please provide a more detailed description of your expense request.**

1. Non-Mileage travel expenses: $439.60 airfare to attend deposition of J.A. Smith on 5-18-12 in Spokane, WA; $35.85 for rental car from airport to deposition location; and $75.77 for gas for rental car; 2. Deposition Costs: rental of conference room ($150.00) at Courtyard by Marriott to hold deposition of J.A. Smith in Spokane, WA on 5-18-12; rental of conference room ($200.00) at Holiday Inn Express to hold the deposition of Dr. W. Liu in Delano, CA; 3. Meals ($15.51) while traveling to and from deposition of J.A. Smith taken on 5-18-12; and 4. 300 miles round trip from Sierra Madre, CA to Delano, CA to attend deposition on 5-30-12. Please make reimbursement to Jackson Lewis LLP, at the above address. Federal Tax ID # 13-1863997

TOTAL AMOUNT REQUESTED:.............................................................$ 1383.03

I therefore request that this court authorize the expenditure(s) stated above which is/are necessary to continue my pro bono representation of plaintiff.

Case Number: C 08-0631 WHA (PR)

The following requests for authority to incur costs in this case have already been approved. The amount that has been reimbursed by the court for each previously approved expenditure is indicated in the "Amount Reimbursed" column.

| Amount Approved | Purpose | Amount Reimbursed |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 16th day of Augusut, 2012, at Los Angeles, California.

Attorney's Signature

The requested reimbursement for pro bono counsel, described above, is **GRANTED**.

Dated: November 6, 2012.

William Alsup
United States District Court

For questions concerning this form, please contact:
ADR & Pro Bono Program Director
United States District Court, Eastern District of California
501 I Street, Suite 4-200, Sacramento, CA 95814
Email: spark@caed.uscourts.gov