# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## REQUEST FOR PAYMENT OF PRO BONO EXPENSES
## FROM THE DISTRICT COURT NON-APPROPRIATED FUND

Your taxpayer identification number is required for all reimbursements. Please provide this information to Leslie Medina, Financial Administrator, at (916) 930-4027, via e-mail at Lmedina@caed.uscourts.gov, or in the "Other" field below.

*All yellow highlighted fields must be completed prior to submission of this form.*

CASE TITLE: Lucio v. Smith
CASE NUMBER: 1:08-cv-0631-WHA
ATTORNEY NAME: David R. Johanson
EMAIL: david.johanson@jacksonlewis.com
PHONE NO. (213) 630-8211
FIRM OR BUSINESS NAME: Jackson Lewis LLP
MAILING ADDRESS: 725 South Figueroa Street, Suite 2500
CITY: Los Angeles
STATE: CA    ZIP: 90017
NAME OF PARTY REPRESENTED: Victor Lucio

**ITEMIZED EXPENSES** (Documentation/receipts for each expense must be attached)
*If no expense is being claimed in one or more of the following itemized areas, enter 0 in the appropriate field.*

TRAVEL EXPENSES:

| | |
|---|---|
| 300 Miles (Mileage is paid at the prevailing GSA rate which is available at www.gsa.gov). $ | 166.50 |
| Non-mileage travel expenses: ................................................$ | 4.49 |
| DEPOSITION COSTS: (Not covered by the Court Reporters Transcript Fund)........$ | 200.00 |
| SERVICE OF PAPERS, WITNESS FEES: ..................................$ | 0 |
| INTERPRETER AND EXPERT WITNESS FEES: ...........................$ | 0 |
| PHOTOCOPIES, PHOTOGRAPHS, & TELEPHONE TOLL CALLS: ..$ | 0 |
| OTHER: (A description of expenses must be attached)..................$ | 0 |

Please provide a more detailed description of your expenses.

Travel to the deposition of Dr. W. Liu. Round trip mileage to Delano was 300 miles at $0.555 per mile ($166.50). The room used for the deposition was at the Holiday Inn Express in Delano and was $200.00. One meal (lunch) was obtained during this trip ($4.49).

Please make reimbursement to Jackson Lewis LLP, at the above address.
Federal Tax ID# 13-1863997

TOTAL AMOUNT REQUESTED: ........................................................$370.99

Pro Bono Expense Reimbursement Form
Rev. 8/18/2011

CASE NUMBER: 1:08-cv-0631-WHA

I swear (or affirm) the truth and correctness of the above statements, that I have received advance approval to incur these expenses, or that the expenses conform to General Order 510 Section 2(B), and that each of the listed expenses were, in my best judgment, necessary for the adequate preparation and presentation of the above-named case. I hereby request reimbursement for the total amount of expenses incurred in the preparation of this case.

Signed this   16th   day of   August   , 2012   , at   Los Angeles   , California.

Attorney's Signature

For questions concerning this form, please contact:
ADR & Pro Bono Program Director
United States District Court, Eastern District of California
501 I Street, Suite 4-200, Sacramento, CA 95814
Email: spark@caed.uscourts.gov

Pro Bono Expense Reimbursement Form
Rev. 8/18/2011

Page 2 of 2

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## REQUEST FOR PAYMENT OF PRO BONO EXPENSES FROM THE DISTRICT COURT NON-APPROPRIATED FUND

Your taxpayer identification number is required for all reimbursements. Please provide this information to Leslie Medina, Financial Administrator, at (916) 930-4027, via e-mail at Lmedina@caed.uscourts.gov, or in the "Other" field below.

*All yellow highlighted fields must be completed prior to submission of this form.*

| Field | Value |
|---|---|
| CASE TITLE: | Lucio v. Smith |
| CASE NUMBER: | 1:08-cv-0631-WHA |
| ATTORNEY NAME: | David R. Johanson |
| EMAIL: | david.johanson@jacksonlewis.com |
| PHONE NO. | (213) 630-8211 |
| FIRM OR BUSINESS NAME: | Jackson Lewis LLP |
| MAILING ADDRESS: | 725 South Figueroa Street, Suite 2500 |
| CITY: | Los Angeles |
| STATE: | CA |
| ZIP: | 90017 |
| NAME OF PARTY REPRESENTED: | Victor Lucio |

**ITEMIZED EXPENSES** (Documentation/receipts for each expense must be attached)
*If no expense is being claimed in one or more of the following itemized areas, enter 0 in the appropriate field.*

**TRAVEL EXPENSES:**

- 0 Miles (Mileage is paid at the prevailing GSA rate which is available at www.gsa.gov).....$ 0
- Non-mileage travel expenses:.....$ 475.45
- DEPOSITION COSTS: (Not covered by the Court Reporters Transcript Fund).....$ 150.00
- SERVICE OF PAPERS, WITNESS FEES:.....$ 0
- INTERPRETER AND EXPERT WITNESS FEES:.....$ 0
- PHOTOCOPIES, PHOTOGRAPHS, & TELEPHONE TOLL CALLS:.....$ 0
- OTHER: (A description of expenses must be attached).....$ 0

**Please provide a more detailed description of your expenses.**

Travel to the deposition of J. A. Smith. Attorney was in Washington on other business and flew from Seattle to Spokane for the scheduled deposition. Air travel was $439.60. A rental car was used to and from the deposition. Rental car was $35.85. The room used for the deposition was at the Courtyard by Marriott in Spokane and was $150.00.

Please make reimbursement to Jackson Lewis LLP, at the above address. Federal Tax ID# 13-1863997

**TOTAL AMOUNT REQUESTED:** $ 625.45

CASE NUMBER: 1:08-cv-0631-WHA

I swear (or affirm) the truth and correctness of the above statements, that I have received advance approval to incur these expenses, or that the expenses conform to General Order 510 Section 2(B), and that each of the listed expenses were, in my best judgment, necessary for the adequate preparation and presentation of the above-named case. I hereby request reimbursement for the total amount of expenses incurred in the preparation of this case.

Signed this   16th   day of   August   , 2012   , at   Los Angeles   , California.

Attorney's Signature

The requested reimbursements for pro bono counsel, described above, are **GRANTED**.

Dated: November 11, 2012

William Alsup
United States District Judge

For questions concerning this form, please contact:
ADR & Pro Bono Program Director
United States District Court, Eastern District of California
501 I Street, Suite 4-200, Sacramento, CA 95814
Email: spark@caed.uscourts.gov