United States District Court
For the Northern District of California

1
2
3
4
5                   UNITED STATES DISTRICT COURT
6                  NORTHERN DISTRICT OF CALIFORNIA
7                        EUREKA DIVISION
8
9   VICTOR LUCIO,                          No. 1:08-CV-0631 WHA (NJV)
10
11              Plaintiff,                  ORDER VACATING
                                           SETTLEMENT CONFERENCE
        v.                                 AND SETTING STATUS CONFERENCE
12
13  J. A. SMITH,  et al.,
14              Defendants.
    _____/
15
16          On December 13, 2012, Plaintiff filed a request to continue the settlement conference in this
17  case, now set for January 10, 2013.  (Docket no. 106.)  Plaintiff explains that he is currently seeking
18  entry of default against one Defendant, and is still in the process of serving the First Amended
19  Complaint on several newly-added Defendants.  Good cause appearing, Plaintiff's motion is GRANTED.
20          This case is set for a telephonic status conference on February 19, 2013, at 1:00 p.m., to discuss
21  setting a new date for a settlement conference.  The parties shall dial 888-684-8852, and enter access
22  code 1868782 and security code 7416.
23  IT IS SO ORDERED.
24
25  Dated: December 20, 2012
26                                         _____
27                                         NANDOR J. VADAS
                                           United States Magistrate Judge
                                           Sitting By Designation
28