KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
DAVID A. CARRASCO, State Bar No. 160460
Supervising Deputy Attorney General
JON S. ALLIN, State Bar No. 155069
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-3798
 Fax: (916) 324-5205
 E-mail: Jon.Allin@doj.ca.gov
*Attorneys for Defendants California Department of Corrections and Rehabilitation, Kuykendall, Garbutt, and Park*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| VICTOR LUCIO,<br><br>                    Plaintiff,<br><br>     v.<br><br>J.A. SMITH, et al.,<br><br>                    Defendants. | 1:08-cv-00631 WHA<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

The parties, by and through their attorneys of record, stipulate to an extension of the deadline for Defendants California Department of Corrections and Rehabilitation, Kuykendall, Garbutt, and Park to respond to the complaint, to and including January 22, 2013.

Dated: December 19, 2012                        JACKSON & LEWIS

                                                */s/ David Johanson*
                                                (*as auth. on 12/19/2012*)

                                                _____
                                                DAVID JOHANSON
                                                *Attorneys for Plaintiff*

1

| | | |
|---|---|---|
| 1 | Dated: December 19, 2012 | KAMALA D. HARRIS<br>Attorney General of California |
| 2 | | DAVID A. CARRASCO |
| 3 | | Supervising Deputy Attorney General |
| 4 | | */s/ Jon S. Allin* |
| 5 | | JON S. ALLIN<br>Deputy Attorney General |
| 6 | | *Attorneys for California Department of Corrections and Rehabilitation,* |
| 7 | | *Kuykendall, Garbutt, and Park* |

**IT IS SO ORDERED:**

Dated: ___December 24, 2012.___

_____
The Honorable William H. Alsup

SA2012307578
31586340.doc