IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR LUCIO,

        Plaintiff,

  v.

J.A. SMITH, et al.,

        Defendants.
                                       /

No. C 08-00631 WHA

**ORDER RE SERVICE BY UNITED STATES MARSHAL**

    The United States Marshal shall serve, without prepayment of fees, copies of the first amended complaint in this matter (Dkt. No. 94) and copies of this order upon the each of the following defendants named in the first amended complaint: (1) Sharon Zamora; (2) Dr. Ossa Syed; (3) Dr. John Close; and (4) N. Grannis.

    **IT IS SO ORDERED.**

Dated: January 16, 2013.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE