IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR LUCIO,

      Plaintiff,

  v.

J.A. SMITH, et al.,

      Defendants.

                                   /

No. C 08-00631 WHA

**ORDER REGARDING DISCOVERY EXTENSION**

      The parties have filed a joint stipulation to extend discovery and dispositive motion deadlines. Plaintiff joins in this request, in part, in order to reschedule a deposition currently set for January 25. To keep this action moving along, the discovery deadlines will be extended on condition that plaintiff move forward with the deposition as scheduled. A revised discovery and dispositive motions schedule will be set out in a forthcoming order.

      **IT IS SO ORDERED.**

Dated:  January 24, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE