IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR LUCIO,<br><br>  Plaintiff,<br><br> v.<br><br>J.A. SMITH, et al.,<br><br>  Defendants.<br>_____ / | No. C 08-00631 WHA<br><br><br>**ORDER TO ATTORNEY**<br>**DAVID R. JOHANSON AND**<br>**ORDER ON DISCOVERY** |

David R. Johanson, Esq. is **ORDERED** to make sure that any unserved defendants are promptly served and to immediately notify the Court when service is accomplished. If plaintiff's counsel has served medical personnel without a good faith basis he may be liable for Rule 11 sanctions. Plaintiff's counsel should promptly determine whether there is any valid claim against the newly-added medical personnel.

The deadlines for discovery and for expert witness disclosures are **EXTENDED** until **MARCH 29**. The deadline for dispositive motions is **EXTENDED** until **APRIL 5**. The trial remains set for June 13, 2013. Counsel are requested to please cooperate in making sure that discovery is done promptly.

**IT IS SO ORDERED.**

Dated: January 25, 2013.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE