IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR LUCIO,

        Plaintiff,

  v.

J.A. SMITH, et al.,

        Defendants.

No. C 08-00631 WHA

**ORDER ON SCREENING REQUEST**

Three of the defendants (Kuykendall, Garbutt, and Park) have filed a request that the undersigned "screen" plaintiff's amended complaint and grant a 30-day extension of their time to move to dismiss or answer following resolution of the screening request. These defendants have already been granted one extension on their time to answer or move and make this request on the last day of their extension.

The amended complaint was filed way back in September 2012. The time to request a screening of the amended complaint — if at all — was at or about the time these defendants were served with the first amended complaint.

The Court has reviewed the first amended complaint and cannot say on this record that it is "frivolous, malicious, fails to state a claim, or that [it] seeks damages from defendants who are immune." Please remember that the Court has already reviewed a summary judgment motion in this action and determined that there is some plausible merit to the allegations (Dkt. No. 48).

Defendants' time in which to answer or move has now lapsed.

**IT IS SO ORDERED.**

Dated: January 25, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE