IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR LUCIO,  No. C 08-0631 WHA

    Plaintiff,

  v.  **ORDER GRANTING EXTENSION**

J.A. SMITH, et al.,

    Defendants.
                                               /

    The stipulated request to extend defendant's deadline to respond to the first amended complaint to February 13 is **GRANTED**.

**IT IS SO ORDERED.**

Dated: February 11, 2013.

                                WILLIAM ALSUP  
                                UNITED STATES DISTRICT JUDGE