UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| VICTOR LUCIO, | No. 1:08-CV-0631 WHA (NJV) |
| Plaintiff, | NOTICE AND ORDER SETTING SETTLEMENT CONFERENCE IN PRO SE PRISONER EARLY SETTLEMENT PROGRAM, SETTING STATUS CONFERENCE, AND REQUIRING MEET AND CONFER |
| v. | |
| J. A. SMITH, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a settlement conference is scheduled in this matter for April 23, 2013, at 11:00 am. in courtroom E at the United States Courthouse at 450 Golden Gate Avenue in San Francisco. Plaintiff's counsel shall contact the relevant institution and arrange for Plaintiff's telephonic presence at the settlement conference. Plaintiff shall attend the settlement conference by dialing 888-684-8852, and entering access code 1868782 and security code 7416.

Counsel are ORDERED to meet and confer telephonically to discuss settlement of this case no later than three weeks prior to the settlement conference. The legal representative of the CDCR must be present at this telephonic meeting.

The matter is HEREBY SET for a telephonic status conference on April 9, 2013, at 1:00 pm. Counsel shall dial 888-684-8852, and enter access code 1868782 and security code 7416. At the status conference, Counsel shall report on the outcome of their meeting regarding settlement.

Lead trial counsel shall appear at the settlement conference with the parties and persons having full authority to negotiate and settle the case.  A person who needs to call another person not present before agreeing to any settlement does not have full authority.  To the extent that such consultations are necessary, they must be made in advance of the settlement conference.

Personal attendance of a party representative will rarely be excused by the court, and then only upon separate written application demonstrating substantial hardship served on opposing counsel and lodged as early as the basis for the hardship is known.

Confidential settlement conference statements shall be mailed or emailed (NJVpo@cand.uscourts.gov) to and received by  chambers no later than Monday, April 8, 2013.  In their settlement conference statements, Counsel shall inform the court of the outcome of their meet and confer.

Any request to continue the settlement conference shall state the reason therefor and be submitted in writing as soon as possible well in advance of the scheduled conference date.  Requests to vacate the settlement referral must be made to the *referring* Judge, not Magistrate Judge Vadas.

The parties shall notify the undersigned's chambers immediately at (707) 445-3612 if this case settles prior to the date set for the settlement conference.

IT IS SO ORDERED.

Dated: February 21, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge
Sitting by Designation