United States District Court
For the Eastern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR LUCIO,<br><br>　　　　Plaintiff,<br><br>　v.<br>J.A. SMITH, WILLIAM KUYKENDALL, CHANG SUE PARK, ARTHUR GARBUTT, SHARON ZAMORA, OSSA SYED, JOHN CLOSE, N. GRANNIS, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION INMATE APPEALS BOARD, KERN VALLEY STATE PRISON, and DOES 1–150,<br><br>　　　　Defendants.<br> | No. C 08-00631 WHA<br><br>**ORDER SETTING SCHEDULE** |

　　　　In this prisoner civil rights action, defendant J.A. Smith filed a motion to dismiss with a hearing set for March 7, 2013. Defendant California Department of Corrections and Rehabilitation Inmate Appeals Board has separately filed a motion to dismiss. To maintain judicial efficiency, the two hearings will be held together on **MARCH 28, 2013**. The March 7, 2013, hearing is **VACATED**.

　　　　**IT IS SO ORDERED.**

Dated: February 22, 2013.

　　　　　　　　　　　　　　　　　　　　　/s/ William Alsup
　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE