United States District Court

For the Northern District of California

1
2
3
4
5                          UNITED STATES DISTRICT COURT
6                         NORTHERN DISTRICT OF CALIFORNIA
7                          EASTERN DISTRICT OF CALIFORNIA
8
9   VICTOR LUCIO,                          No. 1:08-CV-0631WHA (NJV)

10                                          ORDER RE TELEPHONIC
                Plaintiff,                  APPEARANCE OF
11                                          PLAINTIFF AT
                                            SETTLEMENT CONFERENCE
12        v.
13  J. A. SMITH,  et al.,
14
                Defendants.
15  _____/
16
17        A settlement conference is scheduled in this case for April 23, 2013, at 11:00 a.m..   Plaintiff,

18  who is represented by Counsel, shall  appear telephonically.  Plaintiff's institution will be provided with

19  the correct telephone number for Plaintiff to use.  Plaintiff's Counsel shall work with institutional

    authorities to facilitate the telephonic appearance of Plaintiff.
20
    IT IS SO ORDERED.
21
22
    Dated:  April 18, 2013
23                                          _____
24                                          NANDOR J. VADAS
                                            United States Magistrate Judge
25                                          Appearing by Designation
26
27
28